IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal Case No. 23-cr-00099-LKG |
| ORIN WAYNE SOLOMON, *et al.*, | ) ) | Dated: June 28, 2024 |
| Defendants. | ) ) ) | |

**ORDER**

On June 28, 2024, Defendant Marquis Al Bey moved to continue the trial date and associated pretrial motions deadlines in the above-captioned criminal matter. ECF No. 83. The United States and counsel for Co-Defendant Orin Wayne Solomon do not oppose the request to continue the trial dates and motions deadlines. *Id.* The parties request a telephonic status conference with the Court to discuss new trial dates and pretrial motions deadlines. *Id*.

In light of the foregoing, the Court:

(1) **GRANTS** Defendant Marquis Al Bey's unopposed motion to continue the trial dates and associated pretrial motions deadlines (ECF No. 83); and

(2) **HOLDS-IN-ABEYANCE** all remaining pre-trial and trial deadlines in the Court's March 12, 2024, Pre-Trial Scheduling Order (ECF No. 77), pending the telephonic status conference.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge

1