IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> ORIN WAYNE SOLOMON, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Criminal Case No. 23-cr-00099-LKG <br><br> Dated: June 18, 2025 |

## AMENDED PRE-TRIAL SCHEDULING ORDER

On June 17, 2025, the Government filed a consent motion to modify the Court's June 2, 2025, Amended Pre-Trial Scheduling Order to extend certain deadlines regarding the briefing of pre-trial motions, because the parties are discussing a potential pre-trial resolution. ECF No. 134. In light of the foregoing, and for good cause shown, the Court: (1) **GRANTS** the Government's consent motion to modify (ECF No. 134) and (2) **MODIFIES** the Amended Pre-Trial Scheduling Order, dated June 2, 2025, as follows:

| | |
|---|---|
| Pretrial motions. | **May 27, 2025** |
| Response to Defendant Solomon's pretrial motions. | **July 1, 2025** |
| Response to Defendant Bey's pretrial motions. | **July 8, 2025** |
| Expert and *Jencks* material disclosures | **July 8, 2025** |
| Reply briefs. | **July 14, 2025** |
| Hearing on pretrial motions and first pretrial status conference. | **July 29, 2025, at 9:30 a.m. in Courtroom 4B of the U.S. District Court for the District of Maryland, 6500 Cherrywood Lane, Greenbelt, MD 20770.** |
| Motions *in limine*. | **September 5, 2025** |
| Response to motions *in limine*. | **September 19, 2025** |
| Reply briefs. | **September 26, 2025** |

| | |
|---|---|
| Hearing on motions *in limine*. | **TBD** |
| Proposed *voir dire*; proposed jury instructions; and a proposed jury verdict form. In preparing proposed *voir dire*, proposed jury instructions, and a proposed jury verdict form, counsel shall meet and confer and, to the fullest extent possible, make a joint submission. Counsel shall identify any matters of disagreement through supplemental filings. | **October 23, 2025** |
| Final pretrial status conference. | **October 31, 2025, at 10:00 a.m. in Courtroom 4B of the U.S. District Court for the District of Maryland, 6500 Cherrywood Lane, Greenbelt, MD 20770.** |
| Jury selection. | **November 3, 2025, at 9:30 a.m. in Courtroom 4B of the U.S. District Court for the District of Maryland, 6500 Cherrywood Lane, Greenbelt, MD 20770.** |
| Jury trial. | **November 4, 2025, at 9:30 a.m. in Courtroom 4B of the U.S. District Court for the District of Maryland, 6500 Cherrywood Lane, Greenbelt, MD 20770.** |

The Court will not modify the pre-trial schedule absent good cause shown. And so, if any party wishes to modify the pre-trial schedule, that party shall **FILE** a motion with the Court explaining the basis for any requested modification.

The Government is **DIRECTED** to monitor the speedy trial date and to **FILE** any motions to exclude time from speedy trial computations, as necessary.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge