IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal Case No. 23-cr-00099-LKG |
| ORIN WAYNE SOLOMON, *et al.*, | ) ) | Dated:  July 29, 2025 |
| Defendants. | ) ) ) | |

### ORDER ON DEFENDANTS' PRE-TRIAL MOTIONS

For the reasons stated during the hearing on the Defendants' pre-trial motions in the above-captioned criminal matter, held on July 29, 2025, the Court:

(1) **DENIES** Defendant Solomon's verified petition for abatement and challenge to jurisdiction (ECF No. 104);

(2) **DENIES** Defendant Solomon's verified motion to dismiss for want of prosecution, failure to state a claim, and lack of jurisdiction (ECF No. 113);

(3) **DENIES** Defendant Solomon's motion to supplement discovery and request for production of search warrant materials and relativity review records (ECF No. 123);

(4) **DENIES** Defendant Solomon's motion to suppress evidence based on overbroad search (ECF No. 128);

(5) **DENIES** Defendant Solomon's renewed motion to dismiss indictment due to lack of constitutional and equitable basis (ECF No. 129);

(6) **DENIES** Defendant Solomon's renewed motion to compel discovery or, in the alternative, for in camera review of filtered email records (ECF No. 130);

(7) **DENIES** Defendant Bey's motion for severance **WITHOUT PREJUDICE** (ECF No. 117);

(8) **DENIES** Defendant Bey's motion to suppress tangible and derivative evidence related to the July 14, 2023, search warrant (ECF No. 118); and

(9) **GRANTS-in-PART** and **DENIES-in-PART** Defendant Bey's motion to suppress statements (ECF No. 119) and **SUPPRESSES** Defendant Bey's statements made on December

12, 2023, following the issuance of a Miranda warning until Defendant Bey invoked his right to Counsel.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby  
LYDIA KAY GRIGGSBY  
United States District Judge