# IN THE UNITED STATES DISTICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| United States of America | ) |
|  | ) |
|  | ) CASE NO. 8:23-cr-00099-LKG |
|  | ) |
| v. | ) |
|  | ) |
| Orin Solomon | ) |
|  | ) |
| and | ) |
|  | ) |
| Marquis Al Bey, | ) |
|  | ) |
| *Defendants*. | ) |

## **ENTRY OF APPEARANCE**

Clerk of the Court,

    Please enter the appearance of Edward Griffin on behalf of Defendant Orin Solomon.

RESPECTFULLY SUBMITTED,   DATED: 9/2/25

    Edward Griffin, Esq.
    Bar No. 16435
    1226 N. Carolina Ave NE
    Washington, DC 20002
    202-361-5246 (tel)
    griffin@adelphilaw.com
    888-367-0383 (fax)

      /s/Edward griffin/s/
    Edward Griffin

1

## CERTIFICATE OF SERVICE

      I hereby certify that on 9/2/2025, a copy of the forgoing was served on all Parties by ECF.

DATED: 9/2/25

Respectfully submitted,

_____/s/Edward griffin/s/_____
Edward N. Griffin